KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
700 S. FLOWER ST., SUITE 1950
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br><br>CURT ANTHONY RODRIGUEZ<br>COLLEEN ANN RODRIGUEZ<br><br>DEBTOR(S). | CHAPTER 13<br><br>CASE NO.: LA14-13241-SK<br><br>**NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF DEBTOR(S) AND CLOSE CASE** |

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), ATTORNEY OF RECORD FOR THE DEBTOR(S) AND ALL OTHER PARTIES IN INTEREST:**

NOTICE IS HEREBY GIVEN that the Standing Chapter 13 Trustee, KATHY A. DOCKERY ("TRUSTEE"), intends to file a Final Report and Account of your allowed claim, a copy of which is enclosed with this Notice; and

NOTICE IS FURTHER GIVEN that any party objecting to the Final Report and Account of their allowed claim must file and serve a written objection and request a hearing from the court.  Any objection to the Final Report and Account must be served on the Trustee at the address set forth above, the Debtor(s) and the Debtor(s)' attorney of record, if applicable.  Filing a Fee Application or Proof of Claim is not responsive to this notice and will not be deemed an objection to the final report.  In the event no objection is filed within thirty (30) days after the date of service of this Notice, the Court will discharge the Trustee and close the case (see 11 U.S.C. §350 (a) and F.R.B.P., Rule 5009).

DATED: 7/26/2016

_____
Kathy A. Dockery, Trustee

**Curt Anthony Rodriguez**
**Colleen Ann Rodriguez**
**LA14-13241-SK**
**PETITION FILED: 2/21/14**

**(j) PAID IN FULL**

## CLAIMS AND DISBURSMENTS

| Claim # | Claimant Name | Scheduled Claim Amount | Proof of Claim Amount | % to be paid | Allowed Claim | Int Rate | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|
| ATTY | BANKRUPTCY LAW PROFESSIONALS ATTORNEY FEE | $2,500.00 | $3,700.00 | 100.00% | $3,700.00 | | $3,700.00 | | |
| 00001 | INTERNAL REVENUE SERVICE Filed: 04/04/14 PRIORITY - TAXES | $10,689.00 | $16,490.23 | 100.00% | $16,490.23 | | $16,490.23 | | |
| 00002 | FRANCHISE TAX BOARD Filed: 05/07/14 PRIORITY - TAXES | $2,440.00 | $0.00 | 100.00% | $0.00 | | | | |
| 00077 | INTERNAL REVENUE SERVICE Filed: 04/04/14 SECURED CLASS 3 | $0.00 | $734.66 | 100.00% | $734.66 | | $734.66 | | |
| 00003 | Nissan Motor Acceptance SECURED OMITTED CREDITOR | $0.00 | $0.00 | | PAY DIRECT | | | | |
| 00004 | AES/SunTrust Bank UNSECURED | $1,612.49 | $0.00 | | NOT FILED | | | | |
| 00005 | AES/SunTrust Bank UNSECURED | $105,339.36 | $0.00 | | NOT FILED | | | | |
| 00006 | AES/SunTrust Bank UNSECURED | $1,923.57 | $0.00 | | NOT FILED | | | | |
| 00008 | American Auto Financing UNSECURED | $7,991.00 | $0.00 | | NOT FILED | | | | |
| 00009 | QUANTUM3 GROUP LLC Filed: 05/05/14 UNSECURED | $643.00 | $642.62 | 4.95% | $31.84 | | $31.84 | | |
| 00010 | QUANTUM3 GROUP LLC Filed: 05/05/14 UNSECURED | $1,693.00 | $1,692.54 | 4.95% | $83.85 | | $83.85 | | |
| 00011 | American Revenue Management UNSECURED | $55.00 | $0.00 | | NOT FILED | | | | |
| 00012 | QUANTUM3 GROUP LLC Filed: 04/09/14 UNSECURED | $2,195.00 | $2,215.32 | 4.95% | $109.75 | | $109.75 | | |
| 00013 | QUANTUM3 GROUP LLC Filed: 04/09/14 UNSECURED | $1,587.00 | $1,607.20 | 4.95% | $79.62 | | $79.62 | | |
| 00014 | Applied Bank UNSECURED | $145.00 | $0.00 | | NOT FILED | | | | |
| 00015 | Bank of America UNSECURED | $3,000.00 | $0.00 | | NOT FILED | | | | |
| 00016 | CA Emergency Physicians UNSECURED | $68.00 | $0.00 | | NOT FILED | | | | |
| 00017 | RECOLOGY SOUTH VALLEY Filed: 03/10/14 UNSECURED | $225.00 | $280.59 | 4.95% | $13.90 | | $13.90 | | |
| 00018 | Cal Coast Credit Services UNSECURED | $112.00 | $0.00 | | NOT FILED | | | | |
| 00019 | Capital Accounts UNSECURED | $1,105.00 | $0.00 | | NOT FILED | | | | |
| 00020 | CAPITAL ONE BANK UNSECURED | $8,899.00 | $0.00 | | NOT FILED | | | | |

**CLAIMS AND DISBURSMENTS**

| Claim # | Claimant Name | Scheduled Claim Amount | Proof of Claim Amount | % to be paid | Allowed Claim | Int Rate | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|
| 00021 | GREATER CALIFORNIA FINANCIAL SERVICES<br>Filed: 03/10/14 | $8,307.00 | $10,734.23 | 4.95% | $531.77 | | $531.77 | | |
| 00022 | CHASE<br>UNSECURED | $0.00 | $0.00 | | NOT FILED | | | | |
| 00023 | City of Morgan Hill<br>UNSECURED | $210.00 | $0.00 | | NOT FILED | | | | |
| 00024 | CMRE Financial Services, Inc<br>UNSECURED | $1,432.00 | $0.00 | | NOT FILED | | | | |
| 00025 | Collection Service Bureau<br>UNSECURED | $190.00 | $0.00 | | NOT FILED | | | | |
| 00026 | Colorado Technical Institute Univ.<br>UNSECURED | $353.00 | $0.00 | | NOT FILED | | | | |
| 00027 | COX COMMUNICATIONS<br>Filed: 03/26/14<br>UNSECURED | $174.00 | $174.24 | 4.95% | $8.63 | | $8.63 | | |
| 00028 | AMERICAN INFOSOURCE LP<br>Filed: 06/23/14<br>UNSECURED | $668.45 | $668.45 | 4.95% | $33.12 | | $33.12 | | |
| 00029 | Eastern Municipal Water District<br>UNSECURED | $239.00 | $0.00 | | NOT FILED | | | | |
| 00030 | CREDIT ACCEPTANCE CORPORATION<br>Filed: 02/24/14<br>UNSECURED | $0.00 | $6,691.80 | 4.95% | $331.51 | | $331.51 | | |
| 00031 | Elsinore Valley Municipal Water Dis<br>UNSECURED | $377.00 | $0.00 | | NOT FILED | | | | |
| 00032 | Financial Corporation of America<br>UNSECURED | $2,286.00 | $0.00 | | NOT FILED | | | | |
| 00033 | FRANCHISE TAX BOARD<br>Filed: 05/07/14<br>UNSECURED | $21,151.37 | $50,567.11 | 4.95% | $2,505.09 | | $2,505.09 | | |
| 00034 | GECRB<br>UNSECURED | $7,500.00 | $0.00 | | NOT FILED | | | | |
| 00035 | GECRB/American Honda Finance<br>UNSECURED | $0.00 | $0.00 | | NOT FILED | | | | |
| 00036 | Gecrb/care Credit<br>UNSECURED | $529.00 | $0.00 | | NOT FILED | | | | |
| 00037 | GOOD SAMARITAN HOSPITAL<br>UNSECURED | $300.00 | $0.00 | | NOT FILED | | | | |
| 00038 | GRANT & WEBER<br>UNSECURED | $1,213.00 | $0.00 | | NOT FILED | | | | |
| 00039 | GRANT & WEBER<br>UNSECURED | $237.00 | $0.00 | | NOT FILED | | | | |
| 00040 | GRANT & WEBER<br>UNSECURED | $529.00 | $0.00 | | NOT FILED | | | | |
| 00041 | ASSET ACCEPTANCE, LLC<br>Filed: 02/27/14<br>UNSECURED | $6,111.00 | $6,111.99 | 4.95% | $302.79 | | $302.79 | | |
| 00042 | ASSET ACCEPTANCE LLC<br>Filed: 02/27/14<br>UNSECURED | $516.00 | $516.31 | 4.95% | $25.58 | | $25.58 | | |
| 00043 | HSBC Bank Nevada, NA<br>UNSECURED | $795.00 | $0.00 | | NOT FILED | | | | |

**CLAIMS AND DISBURSMENTS**

| Claim # | Claimant Name | Scheduled Claim Amount | Proof of Claim Amount | % to be paid | Allowed Claim | Int Rate | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|
| 00044 | INTERNAL REVENUE SERVICE<br>Filed: 04/04/14<br>UNSECURED | $28,078.00 | $23,146.00 | 4.95% | $1,146.65 | | $1,146.65 | | |
| 00045 | J&L Teamworks<br>UNSECURED | $325.00 | $0.00 | | NOT FILED | | | | |
| 00046 | Khols/Capital One<br>UNSECURED | $1,006.00 | $0.00 | | NOT FILED | | | | |
| 00047 | Harley Davidson Credit<br>UNSECURED | $0.00 | $0.00 | | NOT FILED | | | | |
| 00048 | LBS FINANCIAL CREDIT UNION<br>Filed: 03/06/14<br>UNSECURED | $0.00 | $18,898.44 | 4.95% | $936.23 | | $936.23 | | |
| 00049 | LBS FINANCIAL CREDIT UNION<br>Filed: 03/06/14<br>UNSECURED | $0.00 | $7,328.63 | 4.95% | $363.06 | | $363.06 | | |
| 00050 | Mercy Medical Group<br>UNSECURED | $5,000.00 | $0.00 | | NOT FILED | | | | |
| 00051 | LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS<br>Filed: 06/26/14 | $364.00 | $507.50 | 4.95% | $25.14 | | $25.14 | | |
| 00052 | NCO Financial<br>UNSECURED | $533.00 | $0.00 | | NOT FILED | | | | |
| 00053 | NCO Financial<br>UNSECURED | $316.00 | $0.00 | | NOT FILED | | | | |
| 00054 | NCO Financial<br>UNSECURED | $63.00 | $0.00 | | NOT FILED | | | | |
| 00055 | NCO Financial<br>UNSECURED | $344.00 | $0.00 | | NOT FILED | | | | |
| 00056 | NCO Financial<br>UNSECURED | $89.00 | $0.00 | | NOT FILED | | | | |
| 00057 | NCO Financial<br>UNSECURED | $66.00 | $0.00 | | NOT FILED | | | | |
| 00058 | Ocwen Loan Servicing<br>UNSECURED | $0.00 | $0.00 | | NOT FILED | | | | |
| 00059 | Pacific Credit Services, Inc.<br>UNSECURED | $45.00 | $0.00 | | NOT FILED | | | | |
| 00060 | Psycare<br>UNSECURED | $190.00 | $0.00 | | NOT FILED | | | | |
| 00061 | Rash Curtis & Associates<br>UNSECURED | $32.00 | $0.00 | | NOT FILED | | | | |
| 00062 | POINT LOMA CREDIT UNION<br>Filed: 04/17/14<br>UNSECURED | $0.00 | $57,363.33 | 4.95% | $2,841.78 | | $2,841.78 | | |
| 00063 | Steve & Karly Blalock<br>UNSECURED | $0.00 | $0.00 | | NOT FILED | | | | |
| 00064 | Union Bank<br>UNSECURED | $1,500.00 | $0.00 | | NOT FILED | | | | |
| 00065 | San Diego Gas & Electric<br>UNSECURED | $204.00 | $0.00 | | NOT FILED | | | | |
| 00066 | Wells Fargo Bank, NA<br>UNSECURED | $4,869.00 | $0.00 | | NOT FILED | | | | |

**CLAIMS AND DISBURSMENTS**

| Claim # | Claimant Name | Scheduled Claim Amount | Proof of Claim Amount | % to be paid | Allowed Claim | Int Rate | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|
| 00067 | Santa Barbara Bank Trust UNSECURED | $878.00 | $0.00 | | NOT FILED | | | | |
| 00068 | Wells Fargo Education Financial UNSECURED | $0.00 | $0.00 | | NOT FILED | | | | |
| 00069 | SOUTHERN CALIFORNIA EDISON COMPANY Filed: 03/11/14 | $267.00 | $266.75 | 4.95% | $13.21 | | $13.21 | | |
| 00070 | Southern California Gas Co. UNSECURED | $184.00 | $0.00 | | NOT FILED | | | | |
| 00071 | Southern California Gas Co. UNSECURED | $144.00 | $0.00 | | NOT FILED | | | | |
| 00072 | LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS Filed: 06/26/14 | $4,420.00 | $4,420.14 | 4.95% | $218.97 | | $218.97 | | |
| 00073 | WFFinance UNSECURED | $0.00 | $0.00 | | NOT FILED | | | | |
| 00074 | WFNNB/Crescent Jewelers UNSECURED | $550.00 | $0.00 | | NOT FILED | | | | |
| 00075 | RJM ACQUISITIONS LLC Filed: 03/17/14 UNSECURED | $0.00 | $52.81 | 4.95% | $2.62 | | $2.62 | | |
| 00076 | QUANTUM3 GROUP LLC Filed: 03/27/14 UNSECURED | $0.00 | $7,875.48 | 4.95% | $390.15 | | $390.15 | | |
| 00078 | CASHCALL, INC. Filed: 05/05/14 UNSECURED | $0.00 | $9,907.26 | 4.95% | $490.81 | | $490.81 | | |
| 00079 | CERASTES, LLC Filed: 05/19/14 UNSECURED | $0.00 | $510.00 | 4.95% | $25.27 | | $25.27 | | |
| 00080 | GOOD SAMARITAN HOSPITAL Filed: 06/20/14 UNSECURED | $0.00 | $1,121.78 | 4.95% | $55.57 | | $55.57 | | |
| 00081 | LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS Filed: 06/26/14 | $0.00 | $653.49 | 4.95% | $32.37 | | $32.37 | | |
| TTE | Trustee Fee Admin | | | | | | $1,076.55 | | |
| | **TOTAL** | **$254,807.24** | **$234,878.90** | | **$31,524.17** | | **$32,600.72** | **$0.00** | |

**PLAN PAID ALLOWED UNSECURED CLAIMS AT 4.95%**

**SUMMARY OF CLAIMS FILED**

| | |
|---|---|
| **PRIORITY CLAIMS** | $20,190.23 |
| **SECURED CLAIMS** | $734.66 |
| **UNSECURED CLAIMS** | $213,954.01 |
| **TOTAL CLAIMS** | $234,878.90 |

## SUMMARY OF RECEIPTS AND DISBURSEMENTS

**TOTAL RECEIPTS**                                      **$32,600.72**

| | |
|---|---:|
| **TRUSTEE FEES** | $1,076.55 |
| **ATTORNEY FEES** | $3,700.00 |
| **DEBTOR REFUNDS** | $0.00 |
| **PRIORITY CLAIMS** | $16,490.23 |
| **SECURED CLAIMS (Includes Interest)** | $734.66 |
| **UNSECURED CLAIMS** | $10,599.28 |

**TOTAL DISBURSEMENTS**                     **$32,600.72**

**BALANCE ON HAND**                            **$0.00**

| In re: **CURT ANTHONY RODRIGUEZ** <br> **COLLEEN ANN RODRIGUEZ** | CHAPTER: 13 <br><br> CASE NUMBER: **LA14-13241-SK** |
|---|---|

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
700 S. Flower Street, Suite 1950
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF DEBTOR(S) AND CLOSE CASE**", will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 7/26/16, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 7/26/16, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/26/2016 | Gloria Mangum | _/s/ Gloria Mangum_ |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                            **F 9013-3.1**

| In re: **CURT ANTHONY RODRIGUEZ** **COLLEEN ANN RODRIGUEZ** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **LA14-13241-SK** |

## Service List

AMERICAN INFOSOURCE LP
AS AGENT FOR DIRECTV, LLC
MAIL STATION N387
2230 E. IMPERIAL HWY
EL SEGUNDO, CA 90245

ASSET ACCEPTANCE LLC
ASSIGNEE / HSBC BANK NEVADA, N.A.
P O BOX 2036
WARREN, MI 48090

ASSET ACCEPTANCE, LLC
ASSIGNEE HOUSEHOLD FINANCE
P.O. BOX 2036
WARREN, MI 48090

BANKRUPTCY LAW PROFESSIONALS
601 PARKCENTER DR. STE. 105
SANTA ANA, CA 92705

CASHCALL, INC.
C/O WEINSTEIN & RILEY, PS
PO BOX 3978
SEATTLE, WA 98124-3978

CERASTES, LLC
C O WEINSTEIN, PINSON AND RILEY, PS
PO BOX 3978
SEATTLE, WA 98124-3978

COX COMMUNICATIONS
ATTN: CREDIT SERVICE BANKRUPTCY
29947 AVENIDA DE LAS BANDERAS
RANCHO SANTA MARGARITA, CA 92688

CREDIT ACCEPTANCE CORPORATION
25505 W 12 MILE RD
STE 3000
SOUTHFIELD, MI 48034

Curt Anthony Rodriguez
Colleen Ann Rodriguez
1737 1/2 N Kenmore Ave
Los Angeles, CA 90027

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

GOOD SAMARITAN HOSPITAL
RESURGENT CAPITAL SERVICES
PO BOX 1927
GREENVILLE, SC 29602

GREATER CALIFORNIA FINANCIAL SERVICES
GCFS, INC
P O BOX 3470
PASO ROBLES, CA 93447-3470

INTERNAL REVENUE SERVICE
PO BOX 7317
PHILADELPHIA, PA 19101-7317

| | |
|---|---|
| INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 |
| LBS FINANCIAL CREDIT UNION<br>P O BOX 4860<br>LONG BEACH, CA 90804-0860 | LBS FINANCIAL CREDIT UNION<br>P O BOX 4860<br>LONG BEACH, CA 90804-0860 |
| LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS<br>AS ASSIGNEE OF ARROW FINANCIAL SERVICES, LLC<br>RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC 29603-0587 | LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS<br>AS ASSIGNEE OF NCOP XI, LLC<br>RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC 29603-0587 |
| LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS<br>AS ASSIGNEE OF NORTH STAR CAPITAL<br>ACQUISITION LLC<br>RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC 29603-0587 | POINT LOMA CREDIT UNION<br>9420 FARNHAM STREET<br>SAN DIEGO, CA 92123 |
| QUANTUM3 GROUP LLC<br>AS AGENT FOR CP MEDICAL LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | QUANTUM3 GROUP LLC<br>AS AGENT FOR CP MEDICAL LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 |
| QUANTUM3 GROUP LLC<br>AS AGENT FOR GALAXY PORTFOLIOS LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | QUANTUM3 GROUP LLC<br>AS AGENT FOR MOMA FUNDING LLC<br>P.O. BOX 788<br>KIRKLAND, WA 98083-0788 |
| QUANTUM3 GROUP LLC<br>AS AGENT FOR MOMA FUNDING LLC<br>P.O. BOX 788<br>KIRKLAND, WA 98083-0788 | RECOLOGY SOUTH VALLEY<br>CAL COAST CREDIT<br>1142 STATE FARM DR<br>SANTA ROSA, CA 95403 |
| RJM ACQUISITIONS LLC<br>575 UNDERHILL BLVD<br>SUITE 224<br>SYOSSET, NY 11791 | SOUTHERN CALIFORNIA EDISON COMPANY<br>ATTENTION: CREDIT AND PAYMENT SERVICES<br>1551 W. SAN BERNARDINO RD.<br>COVINA, CA 91722 |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**